IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**EARL C. OGDEN,**

    **Plaintiff,**

v.                                         Case No. 4:16cv695-MW/CAS

**JULIE L. JONES,**

    **Defendant.**

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 11. Upon consideration, no objections having been filed by the parties,[1]

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's fourth motion for an extension of time, ECF No. 10, is **DENIED**. This case is **DISMISSED** for failure

---

[1] This Court entered its Order Granting Extension of Time to File Objection, ECF No. 13, allowing Plaintiff until April 24, 2017, to file his objection to the Magistrate Judge's report and recommendation. No objections have been filed.

1

to prosecute and failure to comply with Court orders." The Clerk shall close the file. [2]

      **SO ORDERED on April 28, 2017.**

                                        <u>**s/Mark E. Walker**</u>           
                                        **United States District Judge**

---

[2] This Court notes this is Plaintiff's fourth case in the Northern District of Florida to be dismissed for failure to prosecute. *See* Case Nos. 4:15cv97-RH/CAS; 4:15cv361-WS/CAS, and 4:15cv359-MW/GRJ.